■ GLORIA MATARESE, Individually and as Administrator of the Estate of LEONARD TARGIA, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 67445.) — Order of the Court of Claims (Blinder, J.), dated April 5, 1983, affirmed, without costs or disbursements. (See *Atlantic Mut. Ins. Co. v State of New York,* 50 AD2d 356, affd 41 NY2d 884; *Matter of Johnson v State of New York,* 49 AD2d 136.) Titone, J. P., Lazer, Thompson and O'Connor, JJ., concur.